United States District Court
For the Northern District of California

*E-Filed 7/10/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD L. TERFLINGER, | No. C 12-2892 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Petitioner may move to reopen the action. Any motion to reopen the action **must** contain a complete IFP application, or payment for the entire filing fee of $5.00. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: July 10, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-2858 RS (PR)
ORDER OF DISMISSAL