*E-Filed 1/16/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD L. TERFLINGER, | No. C 12-2892 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file a traverse (Docket Nos. 8 and 10) is GRANTED. He shall file the traverse on or before March 15, 2013. The Clerk shall terminate Docket Nos. 8 and 10.

**IT IS SO ORDERED**.

DATED: January 15, 2013

RICHARD SEEBORG
United States District Judge