*E-Filed 1/16/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD L. TERFLINGER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GREG LEWIS, Warden,<br><br>　　　　　Respondent.　　　　　　／ | No. C 12-2892 RS (PR)<br><br>**ORDER EXTENDING TIME** |

Petitioner's motion to extend time to file a traverse (Docket Nos. 8 and 10) is GRANTED. He shall file the traverse on or before March 15, 2013. The Clerk shall terminate Docket Nos. 8 and 10.

**IT IS SO ORDERED**.

DATED: January 15, 2013

　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　United States District Judge